LOUISE FERREE,                 )
                            )
    Plaintiff               )
                            )
    V                     )          **ORDER**
                            )
BIOMET ORTHOPEDICS, LLC.,    )
BIOMET, INC., and BIOMET, LLC,   )
                            )
    Defendants          )

 

**THIS MATTER** is before the court on Brian L. Kinsley's Application for Admission to Practice *Pro Hac Vice* of Genevieve Zimmerman. It appearing that Genevieve Zimmerman is a member in good standing with the Minnesota State Bar and will be appearing with Brian L. Kinsley, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

    **IT IS, THEREFORE, ORDERED** that Brian L. Kinsley's Application for Admission to Practice *Pro Hac Vice* (#2) of Genevieve Zimmerman is **GRANTED**, and that Genevieve Zimmerman is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Brian L. Kinsley.

Signed: August 27, 2012

Dennis L. Howell
United States Magistrate Judge